# EXHIBIT A-1

**JONATHAN SOTO JAIL CALL**

**February 19, 2015**
**7:35:20 p.m.**

Outgoing call to (347) 351-2975

**START @ 1:45 – 11:41**

BUTTA: You heard what happened to Snap?

JONATHAN: What, what, what happened to Snap?

BUTTA: He, he got bodied.

JONATHAN: Who, who, who got bodied?

BUTTA: Snap.

JONATHAN: Snap.

BUTTA: [UI] Snap, son, that shit crazy.

JONATHAN: The fuck? Yo, Butta, what you, what you, what you talking about? When that, when that happened?

BUTTA: Um, I don't even know, son.

JONATHAN: Where at though, Butta? What you talking about?

BUTTA: Um, it happened at some bitch crib. They hit him one time in his head.

JONATHAN: Where, where at though, cuz? Cuz, you serious, rip?

BUTTA: Son, word to my son.

JONATHAN: Son, wait, when this happen though?

BUTTA: This morning. Seven o'clock.

JONATHAN: Yo my nigga you just fucked my head up just now, word. Dead ass, huh?

BUTTA: Dead ass, nigga. Nigga Loco called me earlier.

| | |
|---|---|
| JONATHAN: | Where, where, where, where it happen at though? Where, where, where at? |
| BUTTA: | I don't know. On the news it said Barbie. |
| JONATHAN: | Where? |
| BUTTA: | On, on Barbie. |
| JONATHAN: | On Barbie? |
| BUTTA: | Yeah. |
| JONATHAN: | And niggas don't know who did that? |
| BUTTA: | Nah, I don't know. Nobody know. |
| JONATHAN: | What that nigga say, what Loco said? |
| BUTTA: | He said he about to get on a bus and come out here. |
| JONATHAN: | Yo, niggas better – on my mother niggas better do something behind that shit. |
| BUTTA: | You already know. |
| JONATHAN: | Yo, you just fucked my head up just now with that shit. Word, dead on my mother, son. Son, Snap, that's my, yo, what the fuck? How that happen, like – |
| BUTTA: | I don't know, son. That shit got me tight. |
| JONATHAN: | Son, that shit. You got my brother number? |
| BUTTA: | Yeah. |
| JONATHAN: | Yo, try to call that nigga, man. Or try to call my other phone and see if he going to pick up first [UI], he might not pick up. |
| BUTTA: | Aight. What's his number, I'm going to call [UI] phone. |
| JONATHAN: | Hold on, 484. You just fucked my head up with that, Butta, damn son. Fuck man. 4 – yo, my nigga. 484. |
| BUTTA: | 484 |

JONATHAN: 769

BUTTA: 769

JONATHAN: 6932

BUTTA: 6 –

JONATHAN: Yo, my nigga. Fuck, I swear to God, I need to get out of jail. I need to get out of jail, man. Yo, Butta, what the fuck, cuz. Yo, you just broke my heart with that, my nigga.

BUTTA: [UI]. I don't even know, I don't even know what to say.

JONATHAN: You just fucked my head up with that, my nigga.

BUTTA: [ASIDE: Yo, hold on. I'm going to call you, I'm going to call you like, like in 30 seconds, alright. Your brother is on the line. This is Butta. Aight.]

JONATHAN: Yo, Butta, son. Dang, cuz. Fuck, cuz. Fuck, son. Not Snap [UI].

BUTTA: It got me fucked up. That shit on the news and all that, though.

JONATHAN: Word?

BUTTA: Yeah, it said he got hit one time in the head. It just say on Barbie.

JONATHAN: What news, Brooklyn news? Or all the news, the whole news, the whole thing?

BUTTA: It was on Brooklyn news, but I don't know, this shit been all around. This shit be all around, cause, that shit, it happened this morning.

JONATHAN: At what time?

BUTTA: Seven in the morning.

JONATHAN: Who the fuck – who, you think it was, hmm, you think it was what you call it?

BUTTA: Huh?

JONATHAN: You think it was them niggas?

BUTTA: I don't know, son. Hold on, I'ma call your brother.

JONATHAN: Niggas is bugging, like. They really be wilding the fuck out, my nigga. [unintelligible whispering].

DEFENDANT: Yo. Yo.

JONATHAN: Yo, Bebo, what up?

DEFENDANT: My nigga. You already know what's up, my nigga. You know I'm out here, nigga.

JONATHAN: Yo, Bebo, I wish had, like [Voices overlap].

DEFENDANT: My nigga, my nigga. I try, I know, cuz, I know, my nigga.

JONATHAN: Yo, son. [Voices overlap]. That's what I'm talking about, baby. Just make sure to keep it together, man.

DEFENDANT: Yo, my nigga, I got it, my nigga. Don't worry, I got it. I love you, Nigga! I got that [UI].

JONATHAN: [UI]. I gotta get outta jail.

DEFENDANT: I got Duke, I got Duke, cuz.

JONATHAN: What about Butta?

DEFENDANT: I got him. I got him, my nigga. I got him.

JONATHAN: Yo, get Loco back [UI].

DEFENDANT: Man, that nigga, that nigga, man! That's Loco, man! That's fucking Loco, man!

JONATHAN: You think that was Loco?

DEFENDANT: I know it was, my nigga! I'm touching that nigga, my nigga.

JONATHAN: Yo, my nigga.

DEFENDANT: Yo, cuz, man, I love you, my nigga. I know, man. I know.

JONATHAN: Yo, so you think it was [UI].

DEFENDANT: My nigga, I know it was that nigga, son! I know! I know it was that faggot, my nigga! Trying to insult my intelligence like he don't know what he, like he care. Ain't shed a tear, ain't shed a mad nothing!

JONATHAN: Yo niggas, I got to get home, man.

DEFENDANT: Nah, cause I got this shit, I got it. I ain't leaving until something happens, cuz. I got this shit.

JONATHAN: Yo chill. You can't, you can't really talk like that, but, yo, umm, yo man, cuz I, yo, Bebo, that shit's, like, too close, too close to home like how niggas know his bitch's shit, like, and niggas [UI] know what it's for. Not me, but, other niggas that I know, you know what I'm saying?

DEFENDANT: Yo, what you say? What you say, Loco?

JONATHAN: This shit get me mad, cause, what I'm saying is this, how the fuck niggas know where he was at?

DEFENDANT: My nigga. I already know, like, I already, yo, I'm bout to call Rock, cause Rock waiting for me –

JONATHAN: Yeah please, yo. I'm going to put you you you on some other, yo, Bebo, Rock –

DEFENDANT: I got –

JONATHAN: That's my man, you heard?

DEFENDANT: I'm gonna call him, I'm gonna call him right now. Stay on the line.

ROCK: Yo. Yo.

JONATHAN: Yo, Rock, what up? What's crackin?

ROCK: What's going on? Who's this?

JONATHAN: Yo, this is Bebo, [UI] what's up?

ROCK: What's going on brother?

JONATHAN: Yo, man, yo, Rock, man. Yo, Rock, I swear to God –

ROCK: Yeah.

JONATHAN: I love you, Rock, man, please man just, you know, Rock, please man –

ROCK: Yeah, yeah, you already –

JONATHAN: – real shit, Rock. I swear to God, man, I wish I was home.

ROCK: Yo.

JONATHAN: I swear to God, Rock, for real man. Please, man, for real, like –

ROCK: Aw, man.

JONATHAN: Yo, any – fuck that! Fuck that, man! He thinks [UI] clowns, man.

ROCK: Bebo, yo, Bebo, you're on the phone, Bebo.

JONATHAN: Yeah, I know, I know, I know, no shit.

DEFENDANT: Yo, where you at, son? Rock, where you at, son, cause [UI]?

JONATHAN: Yo, yo, listen, I'm gonna holler at niggas, man. I'ma I'ma, um, chop it up.

DEFENDANT: Yo, [UI], yo, I love you. I got this shit, son! I love you.

JONATHAN: Yeah, yeah, be easy, man. Just stop talking, be easy, man, I already know.

DEFENDANT: I got you, alright. I love you.

JONATHAN: Give everybody a kiss. I love you all niggas. I love you man, for real.

ROCK: I love you more, boy.

JONATHAN: Yo, yo Butta?

DEFENDANT: Yo Rock, I'm gonna call you right back.

ROCK: Aight.

JONATHAN: Heyo, yo Butta. Yea, what's up though? You good though man?

BUTTA: Yeah, I'm good.

JONATHAN: Niggas crazy man. [UI] I wish, I wish I was home right now man.

BUTTA: [UI]…broke my heart, man.

JONATHAN: Niggas is crazy.

BUTTA: [UI] I thought, I thought you knew, that's why I was saying shit crazy.

JONATHAN: Nah I ain't know man, I ain't know. Lemme, lemme tell you somethin' Butta right? [UI] It's funny though man, it ain't nothing though man. It is what it is man.

BUTTA: [UI], Yea, I was in the yard so…

JONATHAN: Huh?

BUTTA: I thought, I thought you heard.

JONATHAN: Nah, nah! I didn't even know till you just told me. That shit got me twisted right now, like that shit got me fucked up son, that shit really got me fucked up right now. Like not that nigga my nigga, please not that nigga man. I'd rather me before that nigga. I'd rather me before him, you all, I'd rather me man, like fuck that. Not him, that nigga he, nigga he ain't even got like [UI] son. All he had was niggas man that shit got me tight.

BUTTA: Hell yeah.

JONATHAN: This shit can be, it's funny. I'm telling you – it's funny man. It's funny shit, it's a lot of funny shit [UI]…I'ma talk to you when I get home though man, for real.

BUTTA: Yeah I already know.

JONATHAN: *laughs* Ooh boy. Them niggas is crazy man. Yo Butta, cuz I gotta get home, yo Butta man, like.

BUTTA: Man I don't even know, cuz [UI]. I don't know because everybody's saying like it ain't easy to just hold it up.

JONATHAN: Shit was crazy.

BUTTA: I already know how you feel.

JONATHAN: Oh yo, you hear me man? Like it's crazy cause it's just like, it's that nigga? I already know that. I already know what that is. I already know. I figured that in my head too. I already know what it was. I already know what it is. Fucking jealous – jealous ass. Yo man. Yo son. I don't even call niggas Butta man. I'm telling you son, I don't call niggas Butta. You don't even gotta be callin [UI], yo niggas is crazy man. It's funny man. Funny ass niggas man. That's okay though cause I'm gonna be home real soon. Shit bugged out.

BUTTA: Hell yeah.

JONATHAN: Like you hear me?

BUTTA: Yeah.

JONATHAN: You just make sure you do what you gotta do, don't trust, don't trust niggas. Man, fuck niggas, don't trust these faggot ass niggas man. Fuck outta here, ain't no fucking friends out here.

BUTTA: Yeah, I already know.

JONATHAN: Niggas is jealous man, trust me. Fuck niggas. Fuck outta here niggas gonna come out, [UI]. That's what happens. Fuck outta here man.

**START @ 12:35 – 12:58**

BUTTA: I don't know, everybody's talking about some, a bitch lined him.

JONATHAN: Huh?

BUTTA: Everybody's saying a bitch lined him.

JONATHAN: Say that again?

BUTTA: Nah I said everybody's saying some bitch lined him.

JONATHAN: *laughs* [UI]

BUTTA: That's what, that's what, that's what everybody's saying on Facebook. [Voices overlap]

JONATHAN: I don't know Butta, man ya heard? I told you, when I'm face to face I'll tell you something, you heard? Like, we on the phone.

---

**START @ 14:44 – 15:31**

| | |
|---|---|
| JONATHAN: | Yeah, yeah, yeah, I'ma, ummm, *laughs* I'ma ummm, I'ma, I'ma call you back. I want you to call [UI] for me, you heard? |
| BUTTA: | Aight. |
| JONATHAN: | I'ma call you back, my phone hang up. But you hear me though? |
| BUTTA: | Yeah. |
| JONATHAN: | Yeah Butta um, nobody my nigga, like don't trust nobody. No, no, no. I wish I could say this shit in Spanish, but…tu sabe, eh eh eh |
| BUTTA: | Yeah, yeah, I already know, I already know. |
| JONATHAN: | Like shit gon' be crazy right now. Damn B man you gotta do, do what you gotta do my nigga. Please do what you gotta do man. Please man, do what you gotta do man. That nigga Nano man, let a nigga know I love that nigga man. I try to, I just try to put in words and let that nigga know man. You know I just, I don't want that nigga ever think that niggas felt like he was a some little young man, I just ain't want that nigga to get caught up. I ain't want that nigga, or you, to be running around with niggas who act like they something they not. |