# EXHIBIT A-2

**<u>JONATHAN SOTO JAIL CALL</u>**

**February 23, 2015**
**8:58:39 a.m.**

Outgoing call to (347) 451-4000

| | |
|---|---|
| RECORDING: | This call may be recorded and monitored. Please hold. Please hold. |
| ROCK: | Hello |
| RECORDING: | Go ahead. |
| JONATHAN: | Hello? |
| ROCK: | Top of the morning. |
| JONATHAN: | Yo, what's going on, Bebo? |
| ROCK: | Twin? |
| JONATHAN: | Yeah, it's Twin? |
| ROCK: | What's going on, bro? |
| JONATHAN: | Ain't shit. How are you? |
| ROCK: | Ain't nothing [UI]. You heard what happened? |
| JONATHAN: | Huh? |
| ROCK: | You heard what happened? |
| JONATHAN: | Um, nah. Nobody, I ain't, no, the phone was shit and nobody seen me, so nah, not really. |
| ROCK: | [UI] lost. Something happened. They got Stacks last night too, you heard? |

| | |
|---|---|
| JONATHAN: | What, they locked him up? |
| ROCK: | Nah. He gone, bro. |
| JONATHAN: | Oh, he gone. |
| ROCK: | Yeah. |
| JONATHAN: | Oh last – oh word? |
| ROCK: | Yeah. |
| JONATHAN: | Oh, alright, well – so what's good though, man? |
| ROCK: | I'm cool, man. I'm cool. Tired like a motherfucker, man. |
| JONATHAN: | Yeah. |
| ROCK: | You know, um, word, um, give me a call a little later, alright? |
| JONATHAN: | Alright, definitely, definitely. Around like, I'll call you around two? |
| ROCK: | Yeah, perfect. |
| JONATHAN: | Alright, bro. |
| ROCK: | Alright, bro. One. |