# EXHIBIT A-3

# JONATHAN SOTO JAIL CALL

**February 23, 2015**
**2:11:12 p.m.**

Outgoing call to (347) 451-4000

RECORDING: This call may be recorded and monitored. Please hold. Please hold.

ROCK: Yo?

RECORDING: Please hold.

ROCK: Hello?

RECORDING: Go ahead.

JONATHAN: Hello? Hello?

ROCK: Hello? Who dis?

JONATHAN: This be the Twin.

ROCK: Twin, what's going on?

JONATHAN: Ain't shit, ain't shit, what's up. You sounded like you was upset with me this morning?

ROCK: Huh?

JONATHAN: You sounded like you was upset this morning?

ROCK: Nah, I'm wasn't upset. I'm actually in a good mood today.

JONATHAN: Yeah, yeah, yeah –

ROCK: So, so, so, fucking, the news was on, News 12, and you see clearly as day the nigga D, and, and, it's another nigga, you know what I'm saying, leaving the crib around the same time that shit happened. Now the funny thing is at 9:27 I got a call, my first missed call from Stacks, you see what I'm saying?

JONATHAN: Hold on, hold on, hold on. Yeah, build me, bro, build me.

ROCK: At 9:27 I got my first missed call from Stacks, you heard?

JONATHAN: Yeah.

ROCK: So, as the news come, I'm looking on the camera and it says that at 9:50, at 9:50-something nigga is leaving, the two suspects is leaving the crib. You know what I'm saying?

JONATHAN: Hmm.

ROCK: And, fucking, um, and um, I'm like, wait, how, how did I get the call before, you know what I'm saying? Like, I know they wasn't still at the crib when that shit happened, you know what I'm saying? Maybe he tried to call me and see what I thought about it, or see what I was thinking, you know what I'm saying?

JONATHAN: Yeah.

ROCK: I don't know, but – see, I didn't, I didn't get the first call. I missed the call, you know what I'm saying?

JONATHAN: Alright.

ROCK: So, when I missed the calls, I called him back like 11 or something, you know what I'm saying? And he like, 'yo, what's up man?' I'm like, 'what's up?' like, you know what I'm sayin? Like, he like, um, 'Yo, you hear what happened, you hear what happened to Duke?' I'm like, 'What you [UI],' he like, 'Yo, Duke gone, son.' I'm like, 'What?' He like, 'Yeah, son.' He like, like – I'm like, 'Who? Who?,' like, he like, he got quiet for a minute. Son I broke down, I had to bang the phone, like, and then call back, like, you know what I'm saying?

JONATHAN: Yeah.

ROCK: But, like, the thing that got me – how I knew he had something to do with it – is because, you know, after everything, you know, the cops start coming, you know, niggas start making shit up, talking about, oh a girl was there, like, like – that bitch knows something about it, you see what I'm saying

– cause after they got his phone and everything like that, like, the thing is – I mean after they got, I think they got the girl's phone and everything so what happened was, like, Stacks started running his mouth, talking about, 'Oh, he was telling people I was the op, I'm mad because I didn't really get to talk to him,' but he didn't sound disturbed at all –

JONATHAN: Yeah, yeah, yeah, alright –

ROCK: – you know what I'm saying?

JONATHAN: – yeah, yeah, yeah, yeah, yeah.

ROCK: So I'm like, I'm like, yo, so, ah, you now, ah, like like now I'm like, okay, whatever, ah, ah, whatever. Now, um, you know, as ti[me]…as days go by, he start talking a little more, but I couldn't really get next to him. I didn't have no car. I really couldn't talk to him face to face.

JONATHAN: Yeah.

ROCK: I didn't have no car, you know what I'm saying? I didn't really have nothing, you know what I'm saying?

JONATHAN: Yeah.

ROCK: And then I got locked up the other day for a suspended license –

JONATHAN: Word?

ROCK: Yeah, which it shouldn't have been suspended, you know what I'm saying? So, you know, the same night that Duke got killed, you know what I'm saying? So then I'm running around that day trying to figure out who was what? I went to the precinct, everything. So, so, um, you know, then he started telling me, like, 'Yeah son,' like, then like, then like, the day before yesterday or whatever, he's like, 'Yeah, son, I'm telling you, like, I was on the phone with Shorty last night, like' same night Duke got killed. He like, 'I was talking to her all night. Duke got mad' –

JONATHAN: Dang hold on, that's fucked up.

ROCK: No, no, no. Yeah, but, I don't, no, that's not why. The

reason why is, he, he was, he was dating her. He wanted to know son's every move. Like, he knew she was going to leave out to go get her daughter in a little while, know what I'm saying?

JONATHAN: Hmm.

ROCK: He knew that. And, and he probably, because he was fucking her, had a spare key to the crib or, or made a spare key, you know what I'm saying?

JONATHAN: Hmm, yo that's fu…let me ask you a question.

ROCK: Or, or, if he ain't make a spare key, she let him in –

JONATHAN: Yeah –

ROCK: – you know what I'm saying?

JONATHAN: – but, um, you said, you said, you said boy gone, though, right?

ROCK: Yeah, so, um, yeah.

JONATHAN: Alright. Let me ask you a question, um, what's up with the a-alike, he alright?

ROCK: Um, oh, beautiful.

JONATHAN: Beautiful?

ROCK: Beautiful.

JONATHAN: Yeah, ah, you hear me Bebo?

ROCK: Yeah.

JONATHAN: Yo, man, yo, I love you, Bebo, I mean for real, man, you know, worse thing – thing worse than an enemy is a traitor, man.

ROCK: Yeah, bishop, you know what I mean? But, I don't know, man.

JONATHAN: Yo, I still, yo – and pardon me that night for breaking

down like that. I don't want you think I'm no weak nigga, nothing like that, but –

ROCK: Nah, nah, I understand, bro, but, you know –

JONATHAN: – pardon me, bro.

ROCK: – you just got, you know, remember what phone you was on or whatever, you know what I'm saying?

JONATHAN: Yeah, yeah, yeah.

ROCK: You know.

JONATHAN: Okay, you hear me?

ROCK: Yeah.

JONATHAN: You know I knew something was funny, yo, I'm telling you, I knew something was funny, man, because, yo – damn.

ROCK: Son, I got the call, the missed call at 9:27, how the fuck he knew that? Like, like, you know what I'm saying? It didn't take a while. My thing is, why, why, like, how could you, how could you do that, though, like? I just don't understand it. Even, even, even, um, even Teezy, like, yo, 'I just don't understand it.' He like, 'Ain't nothing in the world that can make me change on Peso, nothing.' Like, you know what I'm saying?

JONATHAN: Yeah, yeah.

ROCK: You know what I'm saying?

JONATHAN: Yeah, yo, and you hear me, bro?

ROCK: Yeah.

JONATHAN: You know, um, cause you know, a-alike supposed to, um, put D to the S's and everything, you know that, right?

ROCK: Yo, yo, yo, um, nah, I didn't, I didn't, I didn't know that, but, um, nonetheless, um, you know, what's, what's your visit day, bro?

JONATHAN: Um – [ASIDE: yo, what's the, what's the [UI] visit, guard?]. Wednesday.

ROCK: It's Wednesday?

JONATHAN: Yeah.

ROCK: Alright, I'ma try to make it.

JONATHAN: Yeah, yeah, hopefully, hopefully, but you hear me, G, a G?

ROCK: Broke the goddamn [UI].

JONATHAN: Alright, you hear me?

ROCK: Yeah.

JONATHAN: Alright, yeah, but, um, yeah, man. The look-alike he, he, he good, right?

ROCK: Who?

JONATHAN: The look-alike.

ROCK: Yeah, he good, good money.

JONATHAN: Oh, yeah, yeah.

ROCK: Man, everybody aight man.

**STOP @ 6:25**

* * *