# EXHIBIT A-5

TRANSCRIPT OF RECORDED CONVERSATION
RECORDED ON DECEMBER 18, 2024 AT 2:29 P.M.
89416053_Dec_18_2024_14_29_22_PM_3472182344

PARTICIPANTS:

| | |
|---|---|
| JASON SOTO | SOTO |
| TIFF | TIFF |

(U/I) - UNINTELLIGIBLE
(PH) - PHONETIC SPELLING

89416053_Dec_18_2024_14_29_22_PM_3472182344

[ 00:00 - 01:13 ]

RECORDING: Please enter -- sharing of PAC numbers is against BOP policy and subject to disciplinary action. After the tone, please say United States of America.

SOTO: United States of America.

RECORDING: The cost of this call is zero dollars per minute. The maximum length of this call will be 15 minutes. Your call is being processed. This call is from a federal prison. You will not be charged for this call. This call is from Twin. This call will be recorded and subject to monitoring at any time. To accept this call, press 5. To block this -- you may begin speaking now.

[ 12:23 - 13:54 ]

SOTO: Grab that and shit so I'ma have Butta come grab that from you too. I got paperwork too in the -- inside the couch but I might not -- I don't know if that's important paperwork or not. I'm trying to think. That might not be important. Fuck. I'm trying to think. My fault. It might not even be that important. And I'm trying to see, man. I got paperwork in the closet too. I mean, in the kitchen and all that shit.

TIFF: Mm-hmm, mm-hmm.

SOTO: Yeah, so just dig through that shit whatever. Dig through that stuff. You gonna find all the paperwork and stuff (U/I). You feel what I'm saying? All that stuff just --

TIFF: Mm-hmm.

SOTO: Give that to Butta for me. When you get a chance to. You heard?

TIFF: Okay.

SOTO: I'ma have him call him and shit. I have -- I was trying to think -- I had some other evidence I wonder if I mailed it to Jonathan whenI first locked up because I had, like, these minutes from this dude that had told on me, man. But it's his minutes from when he told on somebody else. Right. He told - This nigga named Carl Lights, man. But this is just -- this is all old evidence (U/I). I don't know what they plan on using or how

they -- what they plan on -- you
feel what I'm saying?

---