# EXHIBIT A-6

TRANSCRIPT OF RECORDED CONVERSATION
RECORDED ON DECEMBER 18, 2024 AT 5:30 P.M.
89416053_Dec_18_2024_17_30_23_PM_3473887729

PARTICIPANTS:

| | |
|---|---|
| JASON SOTO | SOTO |
| MALE | BUTTA |

(U/I) - UNINTELLIGIBLE
(PH) - PHONETIC SPELLING

[89416053_Dec_18_2024_17_30_23_PM_34738877290

[ 00:00 – 01:05 ]

RECORDING: Sharing of PAC numbers is against BOP policy and subject to disciplinary action. After the tone, please say United States of America.

SOTO: United States of America.

RECORDING: The cost of this call is zero dollars per minute. The maximum length of this call will be 15 minutes. Your call is being processed. This call is from a federal prison. You will not be charged for this call. This call is from Twin. This call will be recorded and subject to monitoring at any time. To accept this call, press 5. To block this call and all future calls –

______________________________________________________________

[ 06:44 - 07:05 ]

SOTO: Yo, did little bro see D-Clock (PH) or nah?

BUTTA: Nah, I don't really know yet. I don't really know.

SOTO: All right. When you get a chance, tell that nigga to give me --

BUTTA: I'm about to see though.

SOTO: Yeah, yeah, yeah. Cuz (U/I).

BUTTA: I already had told him yesterday to. But I don't know if he did or not.

SOTO: All right, cuz if he gotta see Block (PH) too and all that shit cuz that nigga, man. He gotta see Cuz (PH), man.

___

[ 07:43 - 08:04 ]

SOTO: Yeah, so I'm saying -- I'm like, what the fuck. So now they talked about the call with my brother. All right, cool. You got a call with me talking to Jon nine years ago. All right. Copy. That's like a prefix, like where's that headed to. Like, you feel what I'm saying. That's what I was thinking about. Like, where the fuck --

BUTTA: Yeah.

SOTO: This is -- all this weird shit. Like what the fuck.

---

[ 10:00 - 10:13 ]

SOTO: Next time you talk to Jon and shit, you know what I mean, tell him you shouldn't be talking about it on the phone or something like that, man. Don’t be talking about this.

BUTTA: Nah, yeah, I told -- I know.

SOTO: You know what I'm saying. Like, I don't -- cuz they'll use other niggas calls against me. You heard?

---

[ 12:50 ]

SOTO: I ain’t gonna hold you, rip…

___