# EXHIBIT A-7

TRANSCRIPT OF RECORDED CONVERSATION
RECORDED ON FEBRUARY 3, 2025 AT 11:47 A.M.
89416053_Feb_03_2025_11_47_31_AM_9179163240

PARTICIPANTS:

| | |
|---|---|
| JASON SOTO | SOTO |
| NICKY | NICKY |

(U/I) - UNINTELLIGIBLE
(PH) - PHONETIC SPELLING

89416053_Feb_03_2025_11_47_31_AM_9179163240

[ 00:00 - 01:09 ]

RECORDING: Sharing of PAC numbers is against BOP policy and subject to disciplinary action. After the tone, please say United States of America.

SOTO: United States of America.

RECORDING: The cost of this call is six cents per minute. The maximum length of this call will be 15 minutes. Your call is being processed. This call is from a federal prison. You will not be charged for this call. This call is from Twin. This call will be recorded and subject to monitoring at any time. To accept this call, press 5. To block this --

[ 14:00 – 14:17 ]

SOTO: … Only thing they gonna try to use against me is -- that's what I hate about this gang shit. Like -- so they know I'm Crip so that's what they always try to like -- Crip, Crip, Crip, Crip.

NICKY: Of course.

SOTO: Man, you feel what I'm saying?

NICKY: Of course, of course

SOTO: Like, everybody know I'm a Crip, nigga. Jesus know I'm a Crip. Like how the fuck (U/I) -- okay, I'm a Crip. We get it, nigga. Like --

NICKY: Right.

SOTO: -- this shit is enough, bro. Ya know what I'm saying?